IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARK GORHAM, § | |
| TDCJ-CID NO.757916, § | |
| Petitioner, § | |
| v. § | CIVIL ACTION H-06-2748 |
| § | |
| NATHANIEL QUARTERMAN, § | |
| Respondent. § | |

## FINAL JUDGMENT

For the reasons set out in the Court's Opinion on Dismissal signed this date, this case is DISMISSED with prejudice.

This is a final judgment.

The Clerk will enter this Order and provide all copies with a true copy.

Signed at Houston, Texas, this 21st day of September, 2006.

MELINDA HARMON
UNITED STATES DISTRICT JUDGE